```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                        HARRISON DIVISION
```

**ALFORD A. FREEMAN**                                                    PLAINTIFF

       v.        Civil No. 09-3013

**MICHAEL J. ASTRUE, Commissioner**
Social Security Administration                                           DEFENDANT

### O R D E R

Now on this 30th day of April, 2010, comes on for consideration the **Magistrate Judge's Report And Recommendation** (docket entry #8), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, this matter is **remanded** to the Commissioner for further consideration in accordance with the directions in the Magistrate Judge's Report And Recommendation, pursuant to sentence four of **42 U.S.C. § 405(g)**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE