IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ALFORD A. FREEMAN                                                                    PLAINTIFF

      v.                              CIVIL NO.: 09-3013

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                       DEFENDANT

## O R D E R

On this 23rd day of September, 2010, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b).  For reasons set forth in the Report and Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on August 11, 2010, the court finds that the Magistrate Judge's recommendations should be adopted *in toto* and hereby awards plaintiff attorney fees in the amount of $1264.10.

      IT IS SO ORDERED.

                                /s/ Jimm Larry Hendren
                              HONORABLE JIMM LARRY HENDREN
                              CHIEF UNITED STATES DISTRICT JUDGE